# Third District Court of Appeal

### State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0487
Lower Tribunal Nos. 19-0148AP, 16-18839SP

_____

**Horacio Sequeira,**
Appellant,

vs.

**Gate Safe, Inc.,**
Appellee.

An appeal from the County Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Horacio Sequeira, in proper person.

Littler Mendelson, P.C., Ryan P. Forrest, and Courtney B. Wilson, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed. See Ultra Aviation Servs., Inc. v. Clemente, 272 So. 3d 426, 428 n.4 (Fla. 3d DCA 2019) ("Section 218.077(2) of the Florida Statutes is a preemption statute that expressly prohibits political subdivisions of the state from establishing a minimum wage contrary to state or federal wage requirements."); see also Valderrama v. Portfolio Recovery Assocs., LLC, 972 So. 2d 239, 239 (Fla. 3d DCA 2007) ("A movant for summary judgment has the initial burden of demonstrating the nonexistence of any genuine issue of *material* fact.") (emphasis added) (quoting Landers v. Milton, 370 So. 2d 368, 370 (Fla. 1979)).